**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**DENVER LEE HEBERT,
ADC #140854**                                                                                         **PLAINTIFF**

**V.**                      **CASE NO. 3:15-CV-00393 JM/BD**

**CRAIGHEAD COUNTY
DETENTION CENTER, et al.**                                                   **DEFENDANTS**

**ORDER**

Plaintiff Denver Lee Hebert, who is currently housed at Craighead County Detention Facility, filed this lawsuit pro se under 42 U.S.C. § 1983. (Docket entry #1) Because there were deficiencies in his initial complaint, Mr. Hebert was given an opportunity to amend his complaint. He has now filed an amended complaint. (#5)

For screening purposes, Mr. Hebert has stated conditions-of-confinement claims against Defendants Matt Hall, Marty Boyd, Foster, and Webb for failing to address the problem of black mold in the jail. (#1, #5) He has also stated deliberate-indifference claims against Defendants Bentley and T. Reece regarding the treatment he received for the cough and breathing problems caused by exposure to black mold. (#1, #5) Mr. Hebert has indicated that he is suing the Defendants in both their personal and official capacities. (#5)

The Clerk of Court is directed to prepare summonses for Defendants Hall, Boyd, Foster, Webb, Bentley and Reece. The United States Marshal is directed to serve copies of the Complaint, with any attachments (#1), and a summons for these Defendants

without requiring prepayment of fees and costs or security. Service for Defendants Hall, Boyd, Foster, and Webb should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612. Service for all Defendants Bently and Reece should be through counsel for Correct Care Solutions, Humphries, Odum and Eubanks, P. O. Box 20670, White Hall, Arkansas, 72612.

IT IS SO ORDERED, this 29th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE