**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DENVER LEE HEBERT,**
**ADC #140854**                                                                                       **PLAINTIFF**

**V.**                            **CASE NO. 3:15-CV-00393 JM/BD**

**CRAIGHEAD COUNTY**
**DETENTION CENTER, et al.**                                                              **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Hebert's claims against Craighead County Detention Center are DISMISSED, without prejudice.

IT IS SO ORDERED, this 16th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE