IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DENVER LEE HEBERT**                                                                                       **PLAINTIFF**

V.                              **CASE NO. 3:15-CV-00393 JM/BD**

**CRAIGHEAD COUNTY**
**DETENTION CENTER, et al.**                                                                       **DEFENDANTS**

### ORDER

Plaintiff Denver Lee Hebert's mail has been returned to the Court as undeliverable. (Docket entry # 15)  A plaintiff who is proceeding *pro se* must promptly notify the Clerk and any other parties of any change in his or her address.  Local Rule 5.5(c)(2).  Mr. Hebert is directed to notify the Court of his new address within thirty days of entry of this order.  Failure to comply with this Order may result in dismissal of this lawsuit under Local Rule 5.5(c)(2).

IT IS SO ORDERED this 19th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE