# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**DENVER LEE HEBERT**                                                                         **PLAINTIFF**
**ADC #140854**

**V.**                    **CASE NO. 3:15-CV-00393 JM-BD**

**CRAIGHEAD COUNTY DETENTION**
**CENTER, et al.**                                                                  **DEFENDANTS**

## **ORDER**

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motions for summary judgment (#28, #33) are GRANTED and Mr. Hebert's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 20th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE