# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**DENVER LEE HEBERT**                                                                 **PLAINTIFF**
**ADC #140854**

**V.**                 **CASE NO. 3:15-CV-00393 JM-BD**

**CRAIGHEAD COUNTY DETENTION**
**CENTER, et al.**                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 20th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE